(131 So. 919)

## Bud HOWELL v. STATE.
### 6 Div. 945.

Court of Appeals of Alabama.
Dec. 16, 1930.

BRICKEN, P. J.

This appeal is in all respects like that of Roy Barger, ante, p. 611, 131 So. 913. Upon authority of that case, the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

(131 So. 920)

## Lige HOWELL v. STATE.
### 6 Div. 944.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Affirmed.

(131 So. 920)

## Walter HOWELL v. STATE.
### 6 Div. 940.

Court of Appeals of Alabama.
Dec. 16, 1930.

SAMFORD, J.
Affirmed.

(132 So. 916)

## Charley HUDGINS v. STATE.
### 7 Div. 708.

Court of Appeals of Alabama.
Jan. 20, 1931.

BRICKEN, P. J.
Appeal dismissed.

(130 So. 922)

## Jess HUDSON v. TOWN OF ELBA.
### 4 Div. 707.

Court of Appeals of Alabama.
Nov. 7, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(132 So. 916)

## John HUNDLEY v. STATE.
### 8 Div. 112.

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Affirmed.